UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

         -v-

LUCKY ELEPHANT COUTURE LLC,

                        Defendant.

23 Civ. 9982 (PAE) (GS)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 14, 2024, the Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute, given plaintiff's failure to move for a default judgment after defendant failed to timely answer. Dkt. 7. On February 28, 2024, plaintiff responded with a letter explaining his good-faith negotiations with defendant, Dkt. 8, and on March 8, 2024, defendant answered plaintiff's complaint, Dkt. 10. The Court thus finds that plaintiff has adequately shown cause but expects both parties strictly to adhere to the applicable deadlines in future. This case remains under the able pretrial management of Judge Stein.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 13, 2024
       New York, New York