UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN YAN LUIS, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

        - against -

LUCKY ELEPHANT COUTURE, LLC,

                    Defendant.
------------------------------------------------------------X

23 Civ. 9982 (PAE) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

As stated on the record during today's status conference, the parties shall confer regarding the issue of whether the named Defendant is a proper party to this action. Defendant is **ORDERED** to provide the Court with a written update as to the status of this issue by Friday, June 7, 2024.

Further, for the reasons stated in the Court's May 17, 2024 Order (Dkt. No. 20) and during today's conference, the Clerk of Court is respectfully directed to **STRIKE** the motion pending at Docket Number 18, without prejudice to Defendant's right to request permission to file a motion in compliance with the Case Management Plan and Scheduling Order (Dkt. No. 17) and Judge Engelmayer's Individual Rules.

        **SO ORDERED.**

DATED:    New York, New York
             May 31, 2024

                                        _____
                                        GARY STEIN
                                        United States Magistrate Judge