UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN YAN LUIS, *on behalf of himself
and all others similarly situated.*

                           Plaintiff,                        **23 Civ. No. 9982 (PAE) (GS)**

                -against-                               **<u>ORDER</u>**

LUCKY ELEPHANT COUTURE LLC,

                           Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

     During today's status conference, at which Defense counsel failed to appear, counsel for Plaintiff informed the undersigned that the parties had reached a settlement in principle. By June 28, 2024, Defendant is ORDERED to inform the Court, by letter, as to whether such a settlement in principle has indeed been reached by the parties.

     **SO ORDERED.**

DATED:    New York, New York
                 June 25, 2024

                                                        _____
                                                        The Honorable Gary Stein
                                                       United States Magistrate Judge