## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

August 20, 2024

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:  <u>Kevin Yen Luis v. Lucky Elephant Couture LLC - Case No. 1:23-cv-09982-PAE-GS</u>

To the Honorable Judge Paul A. Engelmayer,

    Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated July 25, 2024 (Docket No. 29). The parties have reached a settlement in principle and are undertaking certain conditions precedent to the execution of a settlement agreement, and submission of a notice of dismissal. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from August 24, 2024 to September 23, 2024. This is the second request for this relief. Plaintiff has conferred with Defendant, and Defendant joins in this application.

    The Parties wish to thank the Court for its time and attention to this matter.

Respectfully submitted,

<u>/s/ Noor A. Saab, Esq.</u>
Attorney for Plaintiff

GRANTED.
SO ORDERED.

                    *Paul A. Engelmayer*
                PAUL A. ENGELMAYER
                United States District Judge

Dated: August 21, 2024
       New York, New York