UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,
                          Plaintiff,

-against-

LUCKY ELEPHANT COUTURE LLC
                          Defendant.
-----------------------------------------------------------x

Case No.: 1:23-cv-09982-PAE-GS

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff **KEVIN YAN LUIS** ("Plaintiff") and **LUCKY ELEPHANT COUTURE LLC** ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: September 23, 2024

| | |
|---|---|
| The Law Office of Noor A. Saab | The Samuel Law Firm |
| By: _____ | By: _____ |
| Noor A. Saab Esq. | Michael Steven Samuel, Esq. |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 1441 Broadway, Suite 6085 |
| Jericho, New York 11753 | New York, NY 10018 |
| Tel: 718-740-5060 | Tel: 212-563-9884 |
| Email: noorasaablaw@gmail.com | E: michael@thesamuellawfirm.com |

SO ORDERED:

Dated: _____September 24__, 2024

*Paul A. Engelmayer*
United States District Judge